UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

DAVID WYNTER,

                            Plaintiff,

    -v-                                              9:11-CV-0257

G. RAMEY, Deputy Superintendent at Great
Meadow Correctional Facility; Deborah A. Cooney,
Sergeant at Great Meadow Correctional Facility;
Beebe, Sergeant at Great Meadow Correctional
Facility; R. Blood, Correctional Officer at Great
Meadow Correctional Facility; Jason S. Nephew,
Correctional Officer at Great Meadow Correctional
Facility; Colleen L. Russell, Correctional Officer at
Great Meadow Correctional Facility; John L. Gille,
Correctional Officer at Great Meadow Correctional
Facility; Christopher M. Bickford,
Correctional Officer at Great Meadow Correctional
Facility; T. Rocque, Correctional Officer at Great
Meadow Correctional Facility; Danny Porlier,
Correctional Officer at Great Meadow Correctional
Facility; S. Alden, RN II Badge #407 at Great
Meadow Correctional Facility; D. Znipp, RN at
Great Meadow Correctional Facility; E. Dunning,
Badge #246 RN at Great Meadow Correctional
Facility; John Doe, Nurse at Great Meadow
Correctional Facility; Nesmith Fisher, PA at Great
Meadow Correctional Facility; Norman R. Bezio,
Director of Disciplinary Albany Office; and John
Doe, DOCS Inspector General's Office,

                            Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                             OF COUNSEL:

DAVID WYNTER,
Plaintiff Pro Se
05-A-1750

Attica Correctional Facility
Box 149
Attica, NY 14011

| | |
|---|---|
| HON. ERIC T. SCHNEIDERMAN<br>Attorney General for the State of New York<br>Attorney for Defendants<br>The Capitol<br>Albany, NY 12224 | CHARLES QUACKENBUSH, ESQ.<br>ROGER W. KINSEY, ESQ.<br>Ass't Attorneys General |

DAVID N. HURD
United States District Judge

# **DECISION and ORDER**

Plaintiff brought this civil rights action pursuant to 42 U.S.C. § 1983. On September 3, 2013, the Honorable David E. Peebles, United States Magistrate Judge, advised, by Report-Recommendation, that defendants' motion for summary judgment be granted in part and denied in part. Judge Peebles also ordered plaintiff to show cause in writing as to why his claims against defendants Dunning and Znipp should not be dismissed for failure to timely serve process. Plaintiff requested and was granted an extension of time to show cause and has since objected in writing to dismissal of defendants Dunning and Znipp.

Based upon a de novo review of the portions of the Report-Recommendation to which plaintiff objected, the Report-Recommendation is accepted in whole. See 28 U.S.C. § 636(b)(1).

Therefore, it is

ORDERED that

1. Defendants' motion for summary judgment is GRANTED in part and DENIED in part; and

2. All of plaintiff's claims, including those asserted against the "Doe" defendants, and defendants Dunning and Znipp are DISMISSED with the exception of his excessive force claim against defendants Gille, Blood, Nephew, Russell, Bickford, Rocque, Porlier, and Beebe, as well as a failure to intervene cause of action against defendant Cooney.

The Clerk is directed to serve a copy of this Decision and Order upon plaintiff in accordance with the Local Rules.

IT IS SO ORDERED.

_____
United States District Judge

Dated: September 30, 2013
       Utica, New York.